UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Melvin Centeno, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 21 cv 3298 |
| Henze, et al., ) | |
| ) | Honorable Judge Edmond E. Chang |
| Defendants, ) | Magistrate Judge M. David Weisman |
| ) | |
| ) | |

**DEFENDANTS' STATUS REPORT**

NOW COME Defendant Lusecita Galindo by and through her attorney Kwame Raoul, Illinois Attorney General, submit this Status Report.

1. On December 15, 2023, the Court granted Defendants' Motion for Extension of Time to File a Status Report on January 12, 2024. Dkt. 110.

2. On December 28, 2023, the Court referred this matter and 1:21-cv-03315 for settlement referral.

3. At this time, settlement discussion is still ongoing.

4. of 12/29/2023 is reset to 02/16/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called)

Respectfully Submitted,

KWAME RAOUL　　　　　　　　　　　　　　　*s/ Gretchen Nordhausen*
Attorney General of Illinois　　　　　　　　　　Gretchen Nordhausen
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　General Law Bureau
　　　　　　　　　　　　　　　　　　　　　　Office of the Illinois Attorney General
　　　　　　　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Floor

Chicago, Illinois 60601
(312) 814-3000 (tel)
gretchen.nordhausen@ilag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024 I electronically filed the foregoing Motion for Extension to File a Joint Status Report, with the Clerk of Court using the CM/ECF system.

Respectfully Submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | *s/ Gretchen Nordhausen*<br>Gretchen Nordhausen<br>Assistant Attorney General<br>General Law Bureau<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-3000 (tel)<br>gretchen.nordhausen@ilag.gov |